725 A.2d 1122

IN THE MATTER OF KATHLEEN F. GAHLES,
AN ATTORNEY AT LAW.

March 25, 1999.

## ORDER

The Disciplinary Review Board on November 6, 1998, having filed with the Court its decision concluding that **KATHLEEN F. GAHLES** of **NESHANIC STATION,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **KATHLEEN F. GAHLES** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.